1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

12  JACQUELINE WOMACK,                )      Case No. CV 13-7094-JPR
                                     )
13                  Plaintiff,       )      **JUDGMENT**
                                     )
14          v.                       )
                                     )
15  CAROLYN W. COLVIN,               )
    Acting Commissioner of the       )
16  Social Security,                 )
                                     )
17                  Defendant.       )
    _____    )
18

19      For the reasons set forth in the accompanying Memorandum and

20  Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's

21  request for an order remanding the case for further proceedings

22  is DENIED; (2) the Commissioner's request for an order affirming

23  the Commissioner's final decision and dismissing the action is

24  GRANTED; and (3) judgment is hereby entered in the Commissioner's

25  favor.

26

27  DATED: July 24, 2014        _____

28                              JEAN ROSENBLUTH
                                U.S. Magistrate Judge